UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BISMARCK F. DINIUS,<br><br>        Plaintiff,<br>   v.<br>RUSSELL L. PERDOCK, et al.,<br><br>        Defendants.<br>_____/ | No. C 10-03498 MEJ<br><br>**ORDER VACATING CMC**<br><br>**ORDER CONTINUING HEARING RE MOTION TO DISMISS** |

The Court is in receipt of the parties' Joint Case Management Statement, filed November 11, 2010. As Defendant Russell Perdock has yet to retain counsel, Defendant Charles Slabaugh has a pending motion to dismiss, and all other remaining defendants intend to file a joint motion to dismiss, the Court finds a case management conference premature and hereby VACATES the November 18, 2010 Case Management Conference. Further, to allow Mr. Perdock time to retain counsel, and so that any motions to dismiss may be heard at the same time, the Court hereby CONTINUES the hearing on Mr. Slabaugh's motion to January 20, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Mr. Perdock and all other defendants shall file their responsive pleadings by December 16, 2010, and notice them for hearing on January 20, 2011. Mr. Slabaugh's motion to appear by telephone is denied as moot.

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge