UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BISMARCK F. DINIUS, | No. C 10-03498 MEJ |
| Plaintiff, | **ORDER DIRECTING DEFENDANT RUSSELL PERDOCK TO FILE CONSENT/DECLINATION** |
| v. | |
| RUSSELL L. PERDOCK, et al., | |
| Defendants. | |

On November 12, 2010, the Court scheduled a January 20, 2011 hearing date on any motions to dismiss in this case, in order to allow Defendant Russell Perdock time to retain counsel. (Dkt. #31.) The Court now also notes that Mr. Perdock has not consented to magistrate judge jurisdiction or requested reassignment to a district judge. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Mr. Perdock shall inform the Court, by way of the enclosed form, whether he consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by December 16, 2010.

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISMARCK F. DINIUS, | No. C 10-03498 MEJ |
| Plaintiff, | |
| v. | |
| RUSSELL L. PERDOCK, et al., | |
| Defendants. | |

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____          Signed by:_____

                                                                                     Counsel for:_____

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____          Signed by:_____

                                                                                     Counsel for:_____