**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
**Attorneys for Defendants:** COUNTY OF LAKE, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN, LLOYD WELLS, JAMES SAMPLES, and DEAN A. PICK

Laurence O. Masson, SBN 87794
**LAW OFFICE OF LAURENCE O. MASSON**
2625 Alcatraz Avenue, #206
Berkeley, CA 94705
TEL: 510.735.9691
FAX: 510.735.9693
**Attorney for Plaintiff:** BISMARCK F. DINIUS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BISMARCK F. DINIUS, | Case No. CV 10 3498 MEJ |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT; ORDER** |
| vs. | |
| RUSSELL L. PERDOCK, in his Individual Capacity; RODNEY K. MITCHELL, in his Individual & Official Capacities; JON E. HOPKINS, in his Individual Capacity; DENNIS W. OSTINI, in his Individual & Official Capacities; JAMES BAUMAN, in his Individual & Official Capacities; LLOYD WELLS, in his Individual & Official Capacities; WESLEY FREY, in his Individual & Official Capacities; JAMES SAMPLES, in his Individual & Official Capacities; DEAN A. PICK, in his Individual & Official Capacities; CHARLES F. SLABAUGH, in his Individual Capacity; COUNTY OF LAKE, a public entity, LAKE COUNTY SHERIFF'S OFFICE, a County of Lake official entity; and DOES ONE through TWENTY-FIVE, inclusive, | Complaint Filed: August 10, 2010 |
| Defendants. | |

1
**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT; ORDER**
**Case No. CV 10 3498 MEJ**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00939303.WPD

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff BISMARCK F. DINIUS and Defendants COUNTY OF LAKE, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN, LLOYD WELLS, JAMES SAMPLES, and DEAN A. PICK, by and through their respective undersigned counsel, that Defendants COUNTY OF LAKE, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN, LLOYD WELLS, JAMES SAMPLES, and DEAN A. PICK, be granted an extension of time to respond to the Amended Complaint in this matter, pursuant to Local Rules 6-1 and 6-2, up to and including October 25, 2011.

Respectfully submitted,

Dated: September 20, 2011        LAW OFFICE OF LAURENCE O. MASSON

By /s/ Laurence O. Masson (as authorized on 9/20/11)

Laurence O. Masson
Attorney for Plaintiff
BISMARCK F. DINIUS

Dated: September 20, 2011        PORTER SCOTT
A PROFESSIONAL CORPORATION

By     /s/ John R. Whitefleet
Terence J. Cassidy
John R. Whitefleet
Attorneys for Defendants
COUNTY OF LAKE, LAKE COUNTY SHERIFF'S OFFICE, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN, LLOYD WELLS, WESLEY FREY, JAMES SAMPLES, and DEAN A. PICK

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED

_____
Magistrate Judge Maria-Elena James

2
**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT; ORDER**
Case No. CV 10 3498 MEJ

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00939303.WPD