**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BISMARCK F. DINIUS, | No. C 10-03498 MEJ |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| RUSSELL L. PERDOCK, et al., | |
| Defendants. | |
| _____/ | |

This matter is currently scheduled for a hearing regarding Defendants' Motions to Dismiss on December 1, 2011. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the December 1 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: November 30, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge