# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| BISMARCK F. DINIUS,<br><br>　　　　　Plaintiff,<br>　v.<br>RUSSELL L. PERDOCK, et al.,<br>　　　　　Defendants.<br>_____/ | No. C 10-03498 MEJ<br><br>**ORDER VACATING HEARING** |

This matter is currently scheduled for a hearing regarding Defendants' Motions to Dismiss on December 1, 2011. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the December 1 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: November 30, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge