**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
**Attorneys for Defendants:** COUNTY OF LAKE, LAKE COUNTY SHERIFF'S OFFICE, JAMES SAMPLES, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN, LLOYD WELLS, WESLEY FREY and DEAN A. PICK

Laurence O. Masson, SBN 87794
LAW OFFICE OF LAURENCE O. MASSON
2625 Alcatraz Avenue, #206
Berkeley, CA 94705
TEL: 510.735.9691
FAX: 510.735.9693
**Attorney for Plaintiff:** BISMARCK F. DINIUS

Robert Lynn Chalfant
RANDOLPH, CREGGER AND CHALFANT, LLP
1030 G Street
Sacramento, CA 95814
Tel: (916) 443-4443
Fax: (916) 443-2124
**Attorney for Defendant** CHARLES F. SLABAUGH


THE BIERNAT LAW GROUP
James D. Biernat
Lisa L. Pan
1633 Bayshore Hwy, Suite 133
Burlingame, CA 94010
Telephone (650) 689-5160
Fax (650) 689-5587
**Attorney for Defendant** RUSSEL L. PERDOCK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BISMARCK F. DINIUS, | Case No. CV 10 3498 MEJ |
| Plaintiff, | **CORRECTED STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE ; ORDER** |
| vs. | |
| RUSSELL L. PERDOCK, in his Individual Capacity; RODNEY K. MITCHELL, in his Individual & Official Capacities; JON E. HOPKINS, in his Individual Capacity; DENNIS W. OSTINI, in his Individual & Official | |

1
**CORRECTED STIPULATION; PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**
**Case No. CV 10 3498 MEJ**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

01025761.WPD

1  Capacities; JAMES BAUMAN, in his Individual & Official Capacities; LLOYD
2  WELLS, in his Individual & Official Capacities; WESLEY FREY, in his Individual & Official
3  Capacities; JAMES SAMPLES, in his Individual & Official Capacities; DEAN A.
4  PICK, in his Individual & Official Capacities; CHARLES F. SLABAUGH, in his Individual
5  Capacity; COUNTY OF LAKE, a public entity, LAKE COUNTY SHERIFF'S OFFICE, a
6  County of Lake official entity; and DOES ONE through TWENTY-FIVE, inclusive,
7
                         Defendants.
8  _____/

9  **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff BISMARCK
10 F. DINIUS and Defendants COUNTY OF LAKE, LAKE COUNTY SHERIFF'S OFFICE, JAMES
11 SAMPLES, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN,
12 LLOYD WELLS, WESLEY FREY  DEAN A. PICK, CHARLES F. SLABAUGH, and RUSSEL
13 L. PERDOCK, by and through their respective counsel below, that due to calendaring conflicts, good
14 cause exists to continue the Case Management Conference currently set for July 5, 2012 to July 26,
15 2012, at 10:00 a.m.  An updated Joint Case Management Statement shall be filed on or before July
16 19, 2012.

17
18                              Respectfully submitted,
19 Dated: June 20, 2012         LAW OFFICE OF LAURENCE O. MASSON
20
                                By  /s/ Laurence O. Masson (as authorized on 6/20/12)
21                                  Laurence O. Masson
                                    Attorney for Plaintiff
22                                  BISMARCK F. DINIUS
23
24
25 Dated: June 20, 2012         PORTER SCOTT
                                A PROFESSIONAL CORPORATION
26
                                By    /s/ John R. Whitefleet
27                                  Terence J. Cassidy
                                    John R. Whitefleet
28                                  Attorneys for Defendants

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**CORRECTED STIPULATION; PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**
Case No. CV 10 3498 MEJ

01025761.WPD

|  |  |
|---|---|
|  | COUNTY OF LAKE, LAKE COUNTY SHERIFF'S OFFICE, JAMES SAMPLES, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN, LLOYD WELLS, WESLEY FREY and DEAN A. PICK |
| Dated: June 20, 2012 | RANDOLPH, CREGGER AND CHALFANT, LLP |
|  | By /s/ Robert Lynn Chalfant (as authorized on 6/20/12)<br>     Robert Lynn Chalfant<br>     Attorneys for Defendant<br>     CHARLES F. SLABAUGH |
| Dated: June 20, 2012 | THE BIERNAT LAW GROUP |
|  | By:  /s/ James D. Biernat (as authorized on 6/20/12)<br>     James D. Biernat<br>     Lisa L. Pan<br>     Attorneys for Defendant RUSSEL L. PERDOCK |

**ORDER**

IT IS SO ORDERED

Dated: 6/20/2012

_____
Magistrate Judge Maria-Elena James