**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
**Attorneys for Defendants:** COUNTY OF LAKE, LAKE COUNTY SHERIFF'S OFFICE, JAMES SAMPLES, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN, LLOYD WELLS, WESLEY FREY and DEAN A. PICK

Laurence O. Masson, SBN 87794
LAW OFFICE OF LAURENCE O. MASSON
2625 Alcatraz Avenue, #206
Berkeley, CA 94705
TEL: 510.735.9691
FAX: 510.735.9693
**Attorney for Plaintiff:** BISMARCK F. DINIUS

Robert Lynn Chalfant
RANDOLPH, CREGGER AND CHALFANT, LLP
1030 G Street
Sacramento, CA 95814
Tel: (916) 443-4443
Fax: (916) 443-2124
**Attorney for Defendant** CHARLES F. SLABAUGH

THE BIERNAT LAW GROUP
James D. Biernat
Lisa L. Pan
1633 Bayshore Hwy, Suite 133
Burlingame, CA 94010
Telephone (650) 689-5160
Fax (650) 689-5587
**Attorney for Defendant** RUSSEL L. PERDOCK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BISMARCK F. DINIUS, | Case No. CV 10 3498 MEJ |
| Plaintiff, | **CORRECTED STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE ; ORDER** |
| vs. | |
| RUSSELL L. PERDOCK, in his Individual Capacity; RODNEY K. MITCHELL, in his Individual & Official Capacities; JON E. HOPKINS, in his Individual Capacity; DENNIS W. OSTINI, in his Individual & Official | |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**CORRECTED STIPULATION; PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**
**Case No. CV 10 3498 MEJ**
01025761.WPD

Capacities; JAMES BAUMAN, in his Individual & Official Capacities; LLOYD WELLS, in his Individual & Official Capacities; WESLEY FREY, in his Individual & Official Capacities; JAMES SAMPLES, in his Individual & Official Capacities; DEAN A. PICK, in his Individual & Official Capacities; CHARLES F. SLABAUGH, in his Individual Capacity; COUNTY OF LAKE, a public entity, LAKE COUNTY SHERIFF'S OFFICE, a County of Lake official entity; and DOES ONE through TWENTY-FIVE, inclusive,

    Defendants.

_____/

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff BISMARCK F. DINIUS and Defendants COUNTY OF LAKE, LAKE COUNTY SHERIFF'S OFFICE, JAMES SAMPLES, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN, LLOYD WELLS, WESLEY FREY  DEAN A. PICK, CHARLES F. SLABAUGH, and RUSSEL L. PERDOCK, by and through their respective counsel below, that due to calendaring conflicts, good cause exists to continue the Case Management Conference currently set for July 5, 2012 to July 26, 2012, at 10:00 a.m.  An updated Joint Case Management Statement shall be filed on or before July 19, 2012.

Respectfully submitted,

Dated: June 20, 2012    LAW OFFICE OF LAURENCE O. MASSON

By   /s/ Laurence O. Masson (as authorized on 6/20/12)
    Laurence O. Masson
    Attorney for Plaintiff
    BISMARCK F. DINIUS

Dated: June 20, 2012    PORTER SCOTT
    A PROFESSIONAL CORPORATION

By    /s/ John R. Whitefleet
    Terence J. Cassidy
    John R. Whitefleet
    Attorneys for Defendants

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2

**CORRECTED STIPULATION; PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**
**Case No. CV 10 3498 MEJ**

01025761.WPD

COUNTY OF LAKE, LAKE COUNTY SHERIFF'S OFFICE, JAMES SAMPLES, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN, LLOYD WELLS, WESLEY FREY and DEAN A. PICK

Dated: June 20, 2012                 RANDOLPH, CREGGER AND CHALFANT, LLP

By /s/ Robert Lynn Chalfant (as authorized on 6/20/12)
   Robert Lynn Chalfant
   Attorneys for Defendant
   CHARLES F. SLABAUGH

Dated: June 20, 2012                 THE BIERNAT LAW GROUP

By: /s/ James D. Biernat (as authorized on 6/20/12)
    James D. Biernat
    Lisa L. Pan
    Attorneys for Defendant RUSSEL L. PERDOCK

**ORDER**

IT IS SO ORDERED

Dated: 6/20/2012                     _____
                                     Magistrate Judge Maria-Elena James

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3

**CORRECTED STIPULATION; PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**
**Case No. CV 10 3498 MEJ**

01025761.WPD