| | |
|---|---|
| 1 | **THE BIERNAT LAW GROUP** |
| 2 | JAMES D. BIERNAT, SBN 95839 |
|   | LISA L. PAN, SBN 188442 |
| 3 | 1633 Bayshore Hwy, Suite 133 |
|   | Burlingame, California 94010 |
| 4 | Telephone: (650) 689-5160 |
|   | Facsimile: (650) 689-5587 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | RUSSELL E. PERDOCK |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BISMARK F. DINIUS, | Case No.: 3:10-cv-03498 ME |
| Plaintiffs, | **STIPULATION AND ORDER FOR LEAVE TO FILE RUSSELL E. PERDOCK'S SECOND AMENDED ANSWER TO SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** |
| vs. | |
| RUSSELL E. PERDOCK, in his Individual Capacity; RODNEY K. MITCHELL, in his Individual & Official Capacities; JOHN E. HOPKINS, in his Individual Capacity; DENNIS W. OSTINI, in his Individual Capacity; JAMES BAUMAN, in his Individual Capacity; LLOYD WELLS, in his Individual Capacity; JAMES SAMPLES, in his Individual Capacity; DEAN A. PICK, in his Individual Capacity; CHARLES F. SLABAUGH, in his Individual Capacity; COUNTY OF LAKE, a public entity; and DOES ONE through TWENTY-FIVE, inclusive, , | |
| Defendants. | |

It is hereby stipulated by and between the parties hereto through their respective attorneys of record that Defendant Russell E. Perdock may file a Second Amended Answer to Plaintiff's

---

 **DEFENDANT RUSSELL E. PERDOCK'S SECOND AMENDED ANSWER TO SECOND AMENDED COMPLAINT**   1

Second Amended Complaint, a copy of which is attached hereto as Exhibit A.

Dated: 7/16/12                    THE BIERNAT LAW GROUP

                                  By: /s/ Lisa L. Pan
                                      LISA L. PAN
                                      Attorneys for Defendant
                                      RUSSELL E. PERDOCK

Dated: 7/16/12                    NORTHERN CALIFORNIA INNOCENCE
                                  PROJECT

                                  By: /s/ PER EMAIL AUTHORITY OF COUNSEL
                                      KATHLEEN RIDOLFI
                                      Attorneys for Plaintiff
                                      BISMARCK F. DINIUS

Dated: 7/16/12                    LAW OFFICE OF LAURENCE O. MASSON

                                  By: /s/ PER EMAIL AUTHORITY OF COUNSEL
                                      LAURENCE O. MASSON
                                      Attorneys for Plaintiff
                                      BISMARCK F. DINIUS

Dated: 7/16/12                    RANDOLPH, CREGGER AND CHALFANT

                                  By: /s/ PER EMAIL AUTHORITY OF COUNSEL
                                      ROBERT L. CHALFANT
                                      Attorneys for Defendant
                                      CHARLES F. SLABAUGH

DEFENDANT RUSSELL E. PERDOCK'S SECOND AMENDED ANSWER TO SECOND AMENDED COMPLAINT   2

Dated: 7/16/12   **PORTER | SCOTT**

By: /s/ PER EMAIL AUTHORITY OF COUNSEL
JOHN R. WHITEFLEET
TERENCE J. CASSIDY
Attorneys for Defendants
COUNTY OF LAKE, LAKE COUNTY SHERIFF'S OFFICE, JAMES SAMPLES, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN, LLOYD WELLS, AND DEAN A. PICK

ORDER

Upon the stipulation of the parties, Russell Perdock's Second Amended Answer to Plaintiff's Second Amended Complaint, a copy of which is attached hereto as Exhibit A, is hereby accepted for filing. Perdock shall separately e-file the amended answer.

SO ORDERED: (date) July 19, 2012

_____
District Court Judge/Magistrate

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT RUSSELL E. PERDOCK'S SECOND AMENDED ANSWER TO SECOND AMENDED COMPLAINT** 3