Linda Starr, Esq. (SBN 118789)
NORTHERN CALIFORNIA INNOCENCE PROJECT
500 El Camino Real
Santa Clara, CA 95053-4022
Telephone: 408.544.1945
Facsimile: 408.544.5440

Laurence O. Masson, Esq. (SBN 87794)
LAW OFFICE OF LAURENCE O. MASSON
2625 Alcatraz Avenue, #206
Berkeley, CA 94705
Telephone: 510.735.9691
Facsimile: 510.735.9693

Counsel for Plaintiff Bismarck F. Dinius

**GRANTED**
*Judge Maria-Elena James*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BISMARCK F. DINIUS,<br><br>            Plaintiff,<br><br>vs.<br><br>RUSSELL L. PERDOCK, in his Individual Capacity; RODNEY K. MITCHELL, in his Individual/Official Capacities; JON E. HOPKINS, in his Individual Capacity; DENNIS W. OSTINI, in his Individual Capacity; JAMES BAUMAN, in his Individual Capacity; LLOYD WELLS, in his Individual Capacity; JAMES SAMPLES, in his Individual Capacity; DEAN A. PICK, in his Individual Capacity; CHARLES F. SLABAUGH, in his Individual Capacity; COUNTY OF LAKE, a public entity, and DOES ONE through TWENTY-FIVE, inclusive,<br><br>            Defendants. | Case No. 3:10-CV-3498 MEJ<br><br>**VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. §41(a)(2) AND ORDER**<br><br>Complaint Filed:       8/10/10<br>Second Amended Complaint Filed:  9/12/11 |

Plaintiff BISMARCK F. DINIUS, by and through his undersigned counsel, hereby voluntarily dismisses with prejudice any and all claims against Defendant COUNTY OF LAKE pursuant to

///

///

---
1
VOLUNTARY DISMISSAL AND ORDER

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

01076913.WPD

Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party to bear its own costs and attorney fees.

DATED: 12-3-12

Respectfully submitted,

LAW OFFICE OF LAURENCE O. MASSON

By _____
Laurence O. Masson
Counsel for Plaintiff BISMARCK F. DINIUS

IT IS SO ORDERED.

DATED:

_____
MAGISTRATE JUDGE MARIE-ELENA JAMES

01076913.WPD