1  Linda Starr, Esq. (SBN 118789)
   NORTHERN CALIFORNIA INNOCENCE PROJECT
2  500 El Camino Real
   Santa Clara, CA 95053-4022
3  Telephone: 408.544.1945
   Facsimile: 408.544.5440
4
5  Laurence O. Masson, Esq. (SBN 87794)
   LAW OFFICE OF LAURENCE O. MASSON
6  2625 Alcatraz Avenue, #206
   Berkeley, CA 94705
7  Telephone: 510.735.9691
   Facsimile: 510.735.9693
8  Counsel for Plaintiff Bismarck F. Dinius

**GRANTED**
Judge Maria-Elena James

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BISMARCK F. DINIUS, | Case No. 3:10-CV-3498 MEJ |
| Plaintiff, | VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. §41(a)(2) AND ORDER |
| vs. | |
| RUSSELL L. PERDOCK, in his Individual Capacity; RODNEY K. MITCHELL, in his Individual/Official Capacities; JON E. HOPKINS, in his Individual Capacity; DENNIS W. OSTINI, in his Individual Capacity; JAMES BAUMAN, in his Individual Capacity; LLOYD WELLS, in his Individual Capacity; JAMES SAMPLES, in his Individual Capacity; DEAN A. PICK, in his Individual Capacity; CHARLES F. SLABAUGH, in his Individual Capacity; COUNTY OF LAKE, a public entity, and DOES ONE through TWENTY-FIVE, inclusive, | Complaint Filed:   8/10/10<br>Second Amended Complaint Filed:  9/12/11 |
| Defendants. | |

Plaintiff BISMARCK F. DINIUS, by and through his undersigned counsel, hereby voluntarily dismisses with prejudice any and all claims against Defendant COUNTY OF LAKE pursuant to

///

///

---

1

VOLUNTARY DISMISSAL AND ORDER

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

01076913.WPD

1  Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party to bear its own costs and attorney
2  fees.

3                                                          Respectfully submitted,
4  DATED: 12-3-12                                          LAW OFFICE OF LAURENCE O. MASSON
5
6                                                          By _____
                                                              Laurence O. Masson
7                                                             Counsel for Plaintiff BISMARCK F. DINIUS
8
9       IT IS SO ORDERED.
10      DATED:
11                                                         _____
                                                           MAGISTRATE JUDGE MARIE-ELENA JAMES

01076913.WPD