```
1  Linda Starr, Esq. (SBN 118789)
   NORTHERN CALIFORNIA INNOCENCE PROJECT
2  500 El Camino Real
   Santa Clara, CA 95053-4022
3  Telephone: 408.544.1945
   Facsimile: 408.544.5440
4
   Laurence O. Masson, Esq. (SBN 87794)
5  LAW OFFICE OF LAURENCE O. MASSON
   2625 Alcatraz Avenue, #206
6  Berkeley, CA 94705
   Telephone: 510.735.9691
7  Facsimile: 510.735.9693

8  Counsel for Plaintiff Bismarck F. Dinius
```

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BISMARCK F. DINIUS,<br><br>        Plaintiff,<br><br>vs.<br><br>RUSSELL L. PERDOCK, in his Individual Capacity; RODNEY K. MITCHELL, in his Individual/Official Capacities; JON E. HOPKINS, in his Individual Capacity; DENNIS W. OSTINI, in his Individual Capacity; JAMES BAUMAN, in his Individual Capacity; LLOYD WELLS, in his Individual Capacity; JAMES SAMPLES, in his Individual Capacity; DEAN A. PICK, in his Individual Capacity; CHARLES F. SLABAUGH, in his Individual Capacity; COUNTY OF LAKE, a public entity, and DOES ONE through TWENTY-FIVE, inclusive,<br><br>        Defendants. | Case No. 3:10-CV-3498 MEJ<br><br>**VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. §41(a)(2) AND ORDER**<br><br>Complaint Filed: 8/10/10<br>Second Amended Complaint Filed: 9/12/11 |

Plaintiff BISMARCK F. DINIUS, by and through his undersigned counsel, hereby voluntarily dismisses with prejudice any and all claims against Defendants JAMES SAMPLES, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN, LLOYD WELLS and DEAN A. PICK pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party to

---

1
VOLUNTARY DISMISSAL AND ORDER

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 230
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

01076912.WPD

1 | bear its own costs and attorney fees.

2

3 | DATED: 12/3/12

Respectfully submitted,

LAW OFFICE OF LAURENCE O. MASSON

By _____
Laurence O. Masson
Counsel for Plaintiff BISMARCK F. DINIUS

9 | IT IS SO ORDERED.

11 | DATED:

_____
MAGISTRATE JUDGE MARIA-ELENA JAMES

2
VOLUNTARY DISMISSAL AND ORDER

01076912.WPD