Linda Starr, Esq. (SBN 118789)
NORTHERN CALIFORNIA INNOCENCE PROJECT
500 El Camino Real
Santa Clara, CA 95053-4022
Telephone: 408.544.1945
Facsimile: 408.544.5440

Laurence O. Masson, Esq. (SBN 87794)
LAW OFFICE OF LAURENCE O. MASSON
2625 Alcatraz Avenue, #206
Berkeley, CA 94705
Telephone: 510.735.9691
Facsimile: 510.735.9693

Counsel for Plaintiff Bismarck F. Dinius

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BISMARCK F. DINIUS, | Case No. 3:10-CV-3498 MEJ |
| Plaintiff, | VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. §41(a)(2) AND ORDER |
| vs. | |
| RUSSELL L. PERDOCK, in his Individual Capacity; RODNEY K. MITCHELL, in his Individual/Official Capacities; JON E. HOPKINS, in his Individual Capacity; DENNIS W. OSTINI, in his Individual Capacity; JAMES BAUMAN, in his Individual Capacity; LLOYD WELLS, in his Individual Capacity; JAMES SAMPLES, in his Individual Capacity; DEAN A. PICK, in his Individual Capacity; CHARLES F. SLABAUGH, in his Individual Capacity; COUNTY OF LAKE, a public entity, and DOES ONE through TWENTY-FIVE, inclusive, | Complaint Filed: 8/10/10<br>Second Amended Complaint Filed: 9/12/11 |
| Defendants. | |

Plaintiff BISMARCK F. DINIUS, by and through his undersigned counsel, hereby voluntarily dismisses with prejudice any and all claims against Defendants JAMES SAMPLES, RODNEY K. MITCHELL, JON E. HOPKINS, DENNIS OSTINI, JAMES BAUMAN, LLOYD WELLS and DEAN A. PICK pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party to

---
VOLUNTARY DISMISSAL AND ORDER

01076912.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1 | bear its own costs and attorney fees.

2 | Respectfully submitted,

3 | DATED: 12/3/12

LAW OFFICE OF LAURENCE O. MASSON

By _____
Laurence O. Masson
Counsel for Plaintiff BISMARCK F. DINIUS

9 | IT IS SO ORDERED.

11 | DATED:

_____
MAGISTRATE JUDGE MARIA-ELENA JAMES

01076912.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE, SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com