Linda Starr, Esq. (SBN 118789)
Paige Kaneb, Esq. (SBN 251184)
NORTHERN CALIFORNIA INNOCENCE PROJECT
500 El Camino Real
Santa Clara, CA 95053-4022
Telephone: 408.554.1945
Facsimile: 408.554.5440

Laurence O. Masson, Esq. (SBN 8779)
LAW OFFICE OF LAURENCE O. MASSON
2625 Alcatraz Avenue, #206
Berkeley, CA 94705
Telephone: 510.735.9691
Facsimile: 510.735.9693
lomlex@gmail.com

Counsel for Plaintiff Bismarck F. Dinius

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BISMARCK F. DINIUS, | CASE NO. CV 10 3498 MEJ |
| Plaintiff, | |
| vs. | |
| RUSSELL E. PERDOCK, in his Individual Capacity; RODNEY K. MITCHELL, in his Individual/Official Capacities; JON E. HOPKINS, in his Individual Capacity; DENNIS W. OSTINI, in his Individual Capacity; JAMES BAUMAN, in his Individual Capacity; LLOYD WELLS, in his Individual Capacity; JAMES SAMPLES, in his Individual Capacity; DEAN A. PICK, in his Individual Capacity; CHARLES F. SLABAUGH, in his Individual Capacity; COUNTY OF LAKE, a public entity; and DOES ONE through TWENTY-FIVE, inclusive, | **STIPULATION AND [proposed] ORDER OF DISMISSAL** |
| Defendants. | |

1

STIPULATION & ORDER OF DISMISSAL

Pursuant to the Settlement Agreement entered into by Plaintiff Bismarck F. Dinius ("Dinius") and Defendant Russell E. Perdock ("Perdock") in this action, IT IS HEREBY STIPULATED, by and between Dinius and Perdock, through their designated counsel, that all claims against Perdock in the above captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). Each party shall bear his own costs and attorneys' fees.

Dated: July 29, 2013.         LAW OFFICE OF LAURENCE O. MASSON

/s/ Laurence O. Masson

By _____
   Laurence O. Masson
   Co-counsel for Plaintiff Bismarck F. Dinius

Dated: August 6, 2013.        THE BIERNAT LAW GROUP

/s/ Lisa L. Pan (authorized 8/12/2013)

By _____
   Lisa L. Pan
   Counsel for Defendant Russell E. Perdock

Dated: August 14, 2013.       IT IS SO ORDERED.

_____
The Honorable Maria-Elena James
United States District Court Magistrate Judge

2

STIPULATION & ORDER OF DISMISSAL