1  Linda Starr, Esq. (SBN 118789)
   Paige Kaneb, Esq. (SBN 251184)
2  NORTHERN CALIFORNIA INNOCENCE PROJECT
   500 El Camino Real
3  Santa Clara, CA 95053-4022
   Telephone: 408.554.1945
4  Facsimile: 408.554.5440

5  Laurence O. Masson, Esq. (SBN 8779)
   LAW OFFICE OF LAURENCE O. MASSON
6  2625 Alcatraz Avenue, #206
   Berkeley, CA 94705
7  Telephone: 510.735.9691
   Facsimile: 510.735.9693
8  lomlex@gmail.com

9  Counsel for Plaintiff Bismarck F. Dinius

10
11       UNITED STATES DISTRICT COURT FOR THE
         NORTHERN DISTRICT OF CALIFORNIA
12              SAN FRANCISCO DIVISION

13
   BISMARCK F. DINIUS,                    CASE NO. CV 10 3498 MEJ
14
              Plaintiff,
15
         vs.
16
   RUSSELL E. PERDOCK, in his Individual
17 Capacity; RODNEY K. MITCHELL, in
   his Individual/Official Capacities; JON   **STIPULATION AND [proposed]**
18 E. HOPKINS, in his Individual Capacity;   **ORDER OF DISMISSAL**
   DENNIS W. OSTINI, in his Individual
19 Capacity; JAMES BAUMAN,
   in his Individual Capacity;
20 LLOYD WELLS, in his Individual
   Capacity; JAMES SAMPLES, in his
21 Individual Capacity; DEAN A. PICK, in his
   Individual Capacity; CHARLES F.
22 SLABAUGH, in his Individual Capacity;
   COUNTY OF LAKE, a public entity;
23 and DOES ONE through TWENTY-FIVE,
   inclusive,
24
              Defendants.
25                                          /

26

27                                1

28 ─────────────────────────────────────────
   STIPULATION & ORDER OF DISMISSAL

Pursuant to the Settlement Agreement entered into by Plaintiff Bismarck F. Dinius ("Dinius") and Defendant Russell E. Perdock ("Perdock") in this action, IT IS HEREBY STIPULATED, by and between Dinius and Perdock, through their designated counsel, that all claims against Perdock in the above captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). Each party shall bear his own costs and attorneys' fees.

Dated: July 29, 2013.        LAW OFFICE OF LAURENCE O. MASSON

/s/ Laurence O. Masson

By _____
Laurence O. Masson
Co-counsel for Plaintiff Bismarck F. Dinius

Dated: August 6, 2013.       THE BIERNAT LAW GROUP

/s/ Lisa L. Pan (authorized 8/12/2013)

By _____
Lisa L. Pan
Counsel for Defendant Russell E. Perdock

Dated:  August 14 , 2013.    IT IS SO ORDERED.

_____
The Honorable Maria-Elena James
United States District Court Magistrate Judge

2

STIPULATION & ORDER OF DISMISSAL