# UNITED STATES DISTRICT COURT

## Northern District of California

BISMARCK F. DINIUS,    No. C 10-3498 MEJ

        Plaintiff,    **STATUS ORDER**

  v.

RUSSELL L. PERDOCK, et al.,

        Defendants.

_____/

The Court hereby ORDERS the remaining parties to file a status report by September 5, 2013.

**IT IS SO ORDERED.**

Dated: August 26, 2013

_____
Maria-Elena James
United States Magistrate Judge