Linda Starr, Esq.  (SBN 118789)
Paige Kaneb, Esq.  (SBN 251184)
NORTHERN CALIFORNIA INNOCENCE PROJECT
500 El Camino Real
Santa Clara, CA 95053-4022
Telephone:  408.554.1945
Facsimile:   408.554.5440

Laurence O. Masson, Esq. (SBN 8779)
LAW OFFICE OF LAURENCE O. MASSON
2625 Alcatraz Avenue, #206
Berkeley, CA 94705
Telephone: 510.735.9691
Facsimile:  510.735.9693
lomlex@gmail.com

Counsel for Plaintiff Bismarck F. Dinius

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BISMARCK F. DINIUS,<br><br>        Plaintiff,<br><br>        vs.<br><br>RUSSELL E. PERDOCK, in his Individual Capacity; RODNEY K. MITCHELL, in his Individual/Official Capacities; JON E. HOPKINS, in his Individual Capacity; DENNIS W. OSTINI, in his Individual Capacity; JAMES BAUMAN, in his Individual Capacity; LLOYD WELLS, in his Individual Capacity; JAMES SAMPLES, in his Individual Capacity; DEAN A. PICK, in his Individual Capacity; CHARLES F. SLABAUGH, in his Individual Capacity; COUNTY OF LAKE, a public entity; and DOES ONE through TWENTY-FIVE, inclusive,<br><br>        Defendants.<br>_____/ | CASE NO. CV 10 3498 MEJ<br><br>**REQUEST AND [proposed]**<br>**ORDER OF DISMISSAL** |

1

REQUEST FOR AND ORDER OF DISMISSAL

Pursuant to the fully executed Settlement Agreement entered into by Plaintiff Bismarck F. Dinius ("Dinius") and Defendant Charles F. Slabaugh ("Slabaugh") in this action, Dinius by and through his undersigned counsel of record, respectfully requests that all claims against Slabaugh in the above captioned action be dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2). Each party shall bear his own costs and attorneys' fees.

Dated:   September 27, 2013.         LAW OFFICE OF LAURENCE O. MASSON

/s/ Laurence O. Masson

By _____
             Laurence O. Masson
     Co-counsel for Plaintiff Bismarck F. Dinius

Dated:   __September 27__, 2013.     IT IS SO ORDERED.

_____
     The Honorable Maria-Elena James
     United States District Court Magistrate Judge